# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-330 (ADM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Dejaun White, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for Discovery ("Motion") (ECF No. 16).[1] The Motion seeks discovery pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2. (*Id.* at 1-3.)

Based on all the files, records, and proceedings herein, the Government's Motion is **GRANTED** insofar as Mr. White shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

    a. Initial expert disclosures: 28 days prior to trial.

    b. Rebuttal expert disclosures: 14 days prior to trial.

**SO ORDERED**.

Dated: March 7, 2024

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

---

[1] During the motions hearing on March 7, 2024, the parties agreed oral argument on this Motion was not necessary.